# AMENDED
# FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| AO-10 Rev. 1/2004 | | |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Jack,  Janis G | 2. Court or Organization U. S. District Court | 3. Date of Report 7/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ◯ Nomination,     Date ◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 1133 N. Shoreline Blvd. Room 321 Corpus Christi, TX 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 2 11 10 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Medical Practice |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CORPUS CHRISTI MEDICAL TOWER | CONTINGENT LIABILITY-GUARANTOR | M |
| 2. | AMERICAN BANK | PERSONAL LOAN | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2.  FROST NATL. BANK | A | Interest | K | T | | | | | |
| 3.  FROST NATL. BANK | A | Interest | K | T | | | | | |
| 4.  NAVY FEDERAL CREDIT UNION | C | Interest | L | T | | | | | |
| 5.  FIRST CAPITAL BANK | A | Interest | K | T | | | | | |
| 6.  14.285714% INT. C.C. MEDICAL MAN. SRVC., INC. S CORP. | | None | J | W | | | | | |
| 7.  2.587497% PARTNER, MEDICAL PLAZA ASSOC. P/S | C | Rent | J | W | | | | | |
| 8.  CONDO INTEREST, KERR COUNTY, TX | | None | | | SELL | 03-04 | L | | |
| 9.  CARDIOLOGY ASSOCIATES PROFIT SHARING PLAN | | | - | | | | | | |
| 10.  SHORT TERM PRIME-I | A | Dividend | L | T | | | | | |
| 11.  A T & T WIRELESS COMMON STOCK | C | Dividend | K | T | | | | | |
| 12.  DELL COMPUTER CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 13.  INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 14.  WORLDCOM INC. WORLDCOM GRP TRACKING COMMON STOCK | A | Dividend | | | Sell | 2/20 | K | | |
| 15.  MICROSOFT CORP WASHINGTON COMMON STOCK | A | Dividend | K | T | | | | | |
| 16.  NASDAQ COMMON STOCK | A | Dividend | K | T | | | | | |
| 17.  S & P 500 DEPOSITARY RECEIPT SER 1 | A | Interest | J | T | | | | | |
| 18.  VODAFONE GROUP PLC (FORM VODAFONE AIRTOUCH PUB LTD) | A | Interest | | | SELL | 2/20 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jack,  Janis G | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. DAVIS NY VENTURE FUND CLASS A | A | Interest | M | T | | | | | |
| 20. LORD ABBETT DEVELOPING GROWTH FD A | | None | | | SELL | 4/17 | L | | |
| 21. MFS MASSACHUSETTS INV GROWTH STOCK A | | None | M | T | | | | | |
| 22. ING EMERGING COUNTRIES FUND -CL A | | None | | | SELL | 4/17 | K | | |
| 23. ING INTL SMALL CAP GROWTH FUND - CL A | A | Interest | K | T | | | | | |
| 24. SELIGMAN COMMUNICATIONS & INFO FD A | A | Interest | L | T | | | | | |
| 25. ORACLE CORPORATION | A | Dividend | | | SELL | 2/20 | J | | |
| 26. QUALCOMM INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 27. TAIWAN SEMICONDUCTOR MFG CO. LTD | | None | J | T | | | | | |
| 28. ROSTELECOM SPONSORED ADR | A | Dividend | | | SELL | 2/20 | J | | |
| 29. AES CORP COMMON STOCK | A | Dividend | | | SELL | 2/20 | J | | |
| 30. E M C CORP MASSACHUSETTS COMMON STOCK | | None | | | SELL | 2/20 | K | | |
| 31. FIRST NATL BK AMER EAST CERTIFICATE OF DEPOSIT | D | Interest | L | T | | | | | |
| 32. HOUSEHOLD BK FSB NEWPORT CERTIFICATE OF DEPOSIT | D | Interest | | | REDEMPTION | 6/16 | L | | |
| 33. PROVIDENT BK BALTIMORE CERTIFICATE OF DEPOSIT | D | Interest | L | T | | | | | |
| 34. BEAL BK SSB DALLAS CD | B | Interest | | | REDEMPTION | 6/18 | M | | |
| 35. EXCEL BK EDINA MINN CD | B | Interest | | | REDEMPTION | 7/30 | M | | |
| 36. FIRST COMM BK CHARLOTT CD | C | Interest | | | REDEMPTION | 5/08 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack,  Janis G | 7/26/2004 |

## VII.  INVESTMENTS and TRUSTS   – income, value, transactions (includes those of the spouse and dependent children.  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. FREEMONT INVT & LN CA CD | B | Interest | | | REDEMPTION | 5/20 | M | | |
| 38. FIRST FED SVGS BK SANT CD | B | Interest | | | REDEMPTION | 1/08 | L | | |
| 39. GREENPOINT BK NEW YORK CD | B | Interest | | | REDEMPTION | 4/25 | M | | |
| 40. GUARANTY BK SSB MILW CD | A | Interest | | | REDEMPTION | 4/16 | K | | |
| 41. MCATAWA BK ZEELAND MI CD | B | Interest | | | REDEMPTION | 2/10 | M | | |
| 42. PROVIDIAN NATL BK TIL CD | B | Interest | | | REDEMPTION | 8/20 | M | | |
| 43. WESTERNBANK P R CD | A | Interest | M | T | | | | | |
| 44. PIMCO TOTAL RETURN FUND - A | B | Interest | M | T | | | | | |
| 45. US SVGS BDS SER I | A | Interest | K | T | BUY | 9/01 | K | | |
| 46. BB&T CORP COMMON STOCK | A | Dividend | K | T | BUY | 7/08 | K | | |
| 47. KRISPY KREME DOUGHNUTS COMMON STOCK | | None | K | T | BUY | 6/06 | K | | |
| 48. BANK OKLA N A TULSA CD | | None | L | T | BUY | 9/09 | L | | |
| 49. BUILDERS BK CHICAGO IL CD | | None | L | T | BUY | 6/06 | L | | |
| 50. CENTURY BK BARTOW CNT CD | | None | L | T | BUY | 9/03 | L | | |
| 51. DISCOVER BK GREENWOOD CD | B | Interest | L | T | BUY | 4/25 | L | | |
| 52. FIRST CHARTER BK CHARL CD | | None | L | T | BUY | 9/15 | L | | |
| 53. ORIENTAL BK & TR HATO CD | | None | L | T | BUY | 2/24 | L | | |
| 54. FIRST BANK PR CD | A | Interest | L | T | BUY | 6/ 4 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. ORION BK NAPLES FLA CD | | None | L | T | BUY | 12/23 | L | | |
| 56. RG PREMIER BK P R HA CD | B | Interest | L | T | BUY | 4/23 | L | | |
| 57. SAN JOSE NATL BK CALI CD | | None | L | T | BUY | 9/12 | L | | |
| 58. PUTNAM US GOVT INC TR IRA THIRD COAST SEC FORM LPL FIN SVCS | | | | | | | | | |
| 59. PERSHING GOVT ACCT | A | Dividend | J | T | | | | | |
| 60. PUTNAM INTL GROWTH FD CL A | A | Dividend | J | T | | | | | |
| 61. PUTNAM INTL GROWTH FD B | A | Dividend | K | T | | | | | |
| 62. PUTNAM US GOVT INC TR IRA - THIRD COAST SEC FORM LPL FIN SVC | | | | | | | | | |
| 63. PERSHING GOVT ACCT | A | Dividend | J | T | | | | | |
| 64. PUTNAM INTL GROWTH FD CL A | A | Dividend | J | T | | | | | |
| 65. PUTNAM INTL GROWTH FD B | A | Dividend | K | T | | | | | |
| 66. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 67. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 68. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 69. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 70. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 71. FROST NATL BANK | A | Interest | K | T | | | | | |
| 72. AMERICAN BANK | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AMERICAN BANK | | None | J | T | | | | | |
| 74. AMERICAN BANK | A | Interest | K | T | | | | | |
| 75. AMERICAN BANK | | None | | | CLOSED | 6/03 | J | | |
| 76. THIRD COAST SECURITIES FORM LPL FINANCIAL SVCS | | | | | | | | | |
| 77. ALLIANCE BERNSTEIN MONEY RESRVS | A | Dividend | M | T | | | | | |
| 78. UNITED BK FAIRFAX VA CD | A | Interest | | | REDEMPTION | 3/31 | L | | |
| 79. WESTERNBANK P R CD | A | Interest | | | REDEMPTION | 3/18 | L | | |
| 80. USAA SSA ACCT | A | Interest | J | T | | | | | |
| 81. AMERICAN BANK | A | Interest | J | T | | | | | |
| 82. PRIME CARE IPA | | None | J | T | | | | | |
| 83. 9.428562% Int CORPUS CHRISTI CARDIOVASCULAR IMAGING,L.P. | D | Distribution | J | T | | | | | |
| 84. 9.524%INT C.C. CARDIOVASCULAR IMAGING MGMT,L C | | None | J | T | | | | | |
| 85. THIRD COAST SECURITIES FORM LPL Financial Services | | | | | | | | | |
| 86. ALLIANCE BERNSTEIN MONEY RESRVS | A | Dividend | J | T | | | | | |
| 87. NOTE RECEIVABLE - CARDIOLOGY ASSOCIATES OF CORPUS CHRISTI | D | Interest | L | T | | | | | |
| 88. AMERICAN BANK | A | Interest | | | CLOSED | 10/3 | J | | |
| 89. FROST NATL BANK | A | Interest | | | CLOSED | 6/25 | K | | |
| 90. WELLS FARGO BANK | B | Interest | | | CLOSED | 10/1 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 7/26/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. BANK OF AMERICA | A | Interest | | | CLOSED | 6/13 | J | | |
| 92. BANK OF AMERICA | B | Interest | | | CLOSED | 6/13 | J | | |
| 93. INTERNATIONAL BK OF COMMERCE | A | Interest | | | CLOSED | 6/13 | J | | |
| 94. TRUST #1 | | | | | | | | | |
| 95. REAL ESTATE, CUMBERLAND COUNTY, ME | | None | P1 | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date____7-22-04____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | | |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Jack, Janis G | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>5/7/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>1133 N. Shoreline Blvd.<br>Room 321<br>Corpus Christi, TX 78401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income -** (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2003 | Medical Practice |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CORPUS CHRISTI MEDICAL TOWER | CONTINGENT LIABILITY-GUARANTOR | M |
| 2. | AMERICAN BANK | PERSONAL LOAN | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. FROST NATL. BANK | A | Interest | K | T | | | | | |
| 3. FROST NATL. BANK | A | Interest | K | T | | | | | |
| 4. NAVY FEDERAL CREDIT UNION | C | Interest | L | T | | | | | |
| 5. FIRST CAPITAL BANK | A | Interest | K | T | | | | | |
| 6. 14.285714% INT. C.C. MEDICAL MAN. SRVC., INC. S CORP. | | None | J | W | | | | | |
| 7. 2.587497% PARTNER, MEDICAL PLAZA ASSOC. P/S | C | Rent | J | W | | | | | |
| 8. CONDO INTEREST, KERR COUNTY, TX | | None | | | SELL | 03-04 | L | | |
| 9. CARDIOLOGY ASSOCIATES PROFIT SHARING PLAN | | | | | | | | | |
| 10. SHORT TERM PRIME-I | A | Dividend | L | T | | | | | |
| 11. A T & T WIRELESS COMMON STOCK | C | Dividend | K | T | | | | | |
| 12. DELL COMPUTER CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. WORLDCOM INC. WORLDCOM GRP TRACKING COMMON STOCK | A | Dividend | | | Sell | 2/20 | K | | |
| 15. MICROSOFT CORP WASHINGTON COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. NASDAQ COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. S & P 500 DEPOSITARY RECEIPT SER 1 | A | Interest | J | T | | | | | |
| 18. VODAFONE GROUP PLC (FORM VODAFONE AIRTOUCH PUB LTD) | A | Interest | | | SELL | 2/20 | K | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000        G = $100,001-$1,000,000        H1 = $1,000,001-$5,000,000        H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000        O = $500,001-$1,000,000        P1 = $1,000,001-$5,000,000        P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
   (See Column C2)    U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. DAVIS NY VENTURE FUND CLASS A | A | Interest | M | T | | | | | |
| 20. LORD ABBETT DEVELOPING GROWTH FD A | | None | | | SELL | 4/17 | L | | |
| 21. MFS MASSACHUSETTS INV GROWTH STOCK A | | None | M | T | | | | | |
| 22. ING EMERGING COUNTRIES FUND -CL A | | None | | | SELL | 4/17 | K | | |
| 23. ING INTL SMALL CAP GROWTH FUND - CL A | A | Interest | K | T | | | | | |
| 24. SELIGMAN COMMUNICATIONS & INFO FD A | A | Interest | L | T | | | | | |
| 25. ORACLE CORPORATION | A | Dividend | | | SELL | 2/20 | J | | |
| 26. QUALCOMM INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 27. TAIWAN SEMICONDUCTOR MFG CO. LTD | | None | J | T | | | | | |
| 28. ROSTELECOM SPONSORED ADR | A | Dividend | | | SELL | 2/20 | J | | |
| 29. AES CORP COMMON STOCK | A | Dividend | | | SELL | 2/20 | J | | |
| 30. E M C CORP MASSACHUSETTS COMMON STOCK | | None | | | SELL | 2/20 | K | | |
| 31. FIRST NATL BK AMER EAST CERTIFICATE OF DEPOSIT | D | Interest | L | T | | | | | |
| 32. HOUSEHOLD BK FSB NEWPORT CERTIFICATE OF DEPOSIT | D | Interest | | | REDEMPTION | 6/16 | L | | |
| 33. PROVIDENT BK BALTIMORE CERTIFICATE OF DEPOSIT | D | Interest | L | T | | | | | |
| 34. BEAL BK SSB DALLAS CD | B | Interest | | | REDEMPTION | 6/18 | M | | |
| 35. EXCEL BK EDINA MINN CD | B | Interest | | | REDEMPTION | 7/30 | M | | |
| 36. FIRST COMM BK CHARLOTT CD | C | Interest | | | REDEMPTION | 5/08 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. FREEMONT INVT & LN CA CD | B | Interest | | | REDEMPTION | 5/20 | M | | |
| 38. FIRST FED SVGS BK SANT CD | B | Interest | | | REDEMPTION | 1/08 | L | | |
| 39. GREENPOINT BK NEW YORK CD | B | Interest | | | REDEMPTION | 4/25 | M | | |
| 40. GUARANTY BK SSB MILW CD | A | Interest | | | REDEMPTION | 4/16 | K | | |
| 41. MCATAWA BK ZEELAND MI CD | B | Interest | | | REDEMPTION | 2/10 | M | | |
| 42. PROVIDIAN NATL BK TIL CD | B | Interest | | | REDEMPTION | 8/20 | M | | |
| 43. WESTERNBANK P R CD | A | Interest | M | T | | | | | |
| 44. PIMCO TOTAL RETURN FUND - A | B | Interest | M | T | | | | | |
| 45. US SVGS BDS SER I | A | Interest | K | T | BUY | 9/01 | K | | |
| 46. BB&T CORP COMMON STOCK | | | K | T | BUY | 7/08 | K | | |
| 47. KRISPY KREME DOUGHNUTS COMMON STOCK | | | K | T | BUY | 6/06 | K | | |
| 48. BANK OKLA N A TULSA CD | | | L | T | BUY | 9/09 | L | | |
| 49. BUILDERS BK CHICAGO IL CD | | | L | T | BUY | 6/06 | L | | |
| 50. CENTURY BK BARTOW CNT CD | - | | L | T | BUY | 9/03 | L | | |
| 51. DISCOVER BK GREENWOOD CD | | | L | T | BUY | 4/25 | L | | |
| 52. FIRST CHARTER BK CHARL CD | | | L | T | BUY | 9/15 | L | | |
| 53. ORIENTAL BK & TR HATO CD | | | L | T | BUY | 2/24 | L | | |
| 54. FIRST BANK PR CD | | | L | T | BUY | 6/04 | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jack,  Janis G | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | ORION BK NAPLES FLA CD | | | L | T | BUY | 12/23 | L | | |
| 56. | RG PREMIER BK P R HA CD | | | L | T | BUY | 4/23 | L | | |
| 57. | SAN JOSE NATL BK CALI CD | | | L | T | BUY | 9/12 | L | | |
| 58. | PUTNAM US GOVT INC TR IRA THIRD COAST SEC FORM LPL FIN SVCS | | | | | | | | | |
| 59. | CASH RESERVE/MONEY MARKET FUNDS | A | Dividend | J | T | | | | | |
| 60. | PUTNAM INTL GROWTH FD CL A | A | Dividend | J | T | | | | | |
| 61. | PUTNAM INTL GROWTH FD B | A | Dividend | K | T | | | | | |
| 62. | PUTNAM US GOVT INC TR IRA - THIRD COAST SEC FORM LPL FIN SVC | | | | | | | | | |
| 63. | CASH RESERVE/MONEY MARKET FUNDS | A | Dividend | J | T | | | | | |
| 64. | PUTNAM INTL GROWTH FD CL A | A | Dividend | J | T | | | | | |
| 65. | PUTNAM INTL GROWTH FD B | A | Dividend | K | T | | | | | |
| 66. | CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 67. | MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 68. | MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 69. | LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 70. | LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 71. | FROST NATL BANK | A | Interest | K | T | | | | | |
| 72. | AMERICAN BANK | A | Interest | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000          G = $100,001-$1,000,000          H1 = $1,000,001-$5,000,000          H2 = More than $5,000,000
2. Value Codes:          J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000          O = $500,001-$1,000,000          P1 = $1,000,001-$5,000,000          P2 = $5,000,001-$25,000,000
                         P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)          S = Assessment          T = Cash/Market
   (See Column C2)          U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AMERICAN BANK | | None | J | T | | | | | |
| 74. AMERICAN BANK | A | Interest | K | T | | | | | |
| 75. AMERICAN BANK | | None | | | CLOSED | 6/03 | J | | |
| 76. THIRD COAST SECURITIES FORM LPL FINANCIAL SVCS | | | | | | | | | |
| 77. READY ASSETS/MONEY MARKET FUNDS | A | Dividend | M | T | | | | | |
| 78. UNITED BK FAIRFAX VA CD | A | Interest | | | REDEMPTION | 3/31 | L | | |
| 79. WESTERNBANK P R CD | A | Interest | | | REDEMPTION | 3/18 | L | | |
| 80. USAA SSA ACCT | A | Interest | J | T | | | | | |
| 81. AMERICAN BANK | A | Interest | J | T | | | | | |
| 82. PRIME CARE IPA | | None | J | T | | | | | |
| 83. 9.428562% Int CORPUS CHRISTI CARDIOVASCULAR IMAGING, L.P. | D | Distribution | J | T | | | | | |
| 84. 9.524%INT C.C. CARDIOVASCULAR IMAGING MGMT, L C | | None | J | T | | | | | |
| 85. THIRD COAST SECURITIES FORM LPL Financial Services | | | | | | | | | |
| 86. Money Market Funds | A | Dividend | J | T | | | | | |
| 87. NOTE RECEIVABLE - CARDIOLOGY ASSOCIATES OF CORPUS CHRISTI | D | Interest | L | T | | | | | |
| 88. AMERICAN BANK | A | Interest | | | CLOSED | 10/3 | J | | |
| 89. FROST NATL BANK | A | Interest | | | CLOSED | 6/25 | K | | |
| 90. WELLS FARGO BANK | B | Interest | | | CLOSED | 10/1 | M | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. BANK OF AMERICA | A | Interest | | | CLOSED | 6/13 | J | | |
| 92. BANK OF AMERICA | B | Interest | | | CLOSED | 6/13 | J | | |
| 93. INTERNATIONAL BK OF COMMERCE | A | Interest | | | CLOSED | 6/13 | J | | |
| 94. TRUST #1 | | | | | | | | | |
| 95. REAL ESTATE, CUMBERLAND COUNTY, ME | | | P1 | W | | | | | |

| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack, Janis G | 5/7/2004 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jack,   Janis G | 5/7/2004 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____ 5-7-04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544